UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jose Efrain MEDINA, <br><br> Defendant. | Magistrate Case No. '23 MJ3680 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8 U.S.C. Sec 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 10, 2023, within the Southern District of California, Defendant Jose Efrain MEDINA, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Humberto ZAVALA-Vargas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of October 2023.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Humberto ZAVALA-Vargas, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On October 10, 2023, at approximately 1:34 P.M., Jose Efrain MEDINA (Defendant) a United States Citizen, applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry vehicle primary lanes as the driver, registered owner, and sole visible occupant of a 2013 Nissan Quest bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport card and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered two individuals concealed in the rear cargo area compartment of the vehicle. The officer radioed for assistance, and Defendant was placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary inspection lot by another officer.

In secondary, responding CBP Officers assisted in removing two individuals from the rear factory compartment. One individual was later identified as Humberto ZAVALA-Vargas (Material Witness) and determined to be a citizen of Mexico without documents to enter, pass through or reside in the United States; ZAVALA-Vargas was held as a Material Witness.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico without documents to enter the United States. The Material Witness stated he made all the smuggling arrangements and was going to pay $10,000.00 USD upon successful entry into the United States. The Material Witness stated he was traveling to Los Angeles, California to live and seek employment.